IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**DANIEL LAMAR WINSLETT SCHMIDT,**

Petitioner,

v.  Civil Action No. **3:19CV806**

**JOHN F. WALRATH, WARDEN,**

Respondent.

## MEMORANDUM OPINION

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on November 12, 2019, the Court directed Petitioner to complete and return, within eleven (11) days of the date of entry thereof, the standardized form for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. More than eleven (11) days have passed and Petitioner has not returned the required § 2254 petition form. Accordingly, the petition will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/
M. Hannah Lauck
United States District Judge

Date: DEC 0 4 2019
Richmond, Virginia